UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES L. STOVALL, et al,
    Plaintiffs,
vs.    CASE NO.: 93-257-CIV-ORL-18A
CITY OF COCOA, FLORIDA, etc.,
et al.,
    Defendants

GRANTED and SO ORDERED

## STIPULATION FOR MODIFICATION OF CONSENT DECREE

**COME NOW**, Plaintiffs and Defendants, by and through their undersigned attorneys and pursuant to Sections IX and XI of the Consent Decree rendered in this cause on August 27, 1999 stipulate and agree as follows:

1. Section IV of the Consent Decree shall be amended to reflect election of the Mayor to be held in November, 2000.

2. Section IV of the Consent Decree shall be amended to reflect elections for Districts 1 and 4 to be held in November, 1999.

3. Section IV of the Consent Decree shall be amended to reflect elections for Districts 2 and 3 to be held in November, 2001.

4. Elections for Cocoa of City Council shall be conducted in compliance with said Consent Decree beginning in 1999.

5. The words "seat" appearing in the first full paragraph of page 5 of the Consent Decree shall be deemed stricken and shall be replaced with the words "district".

Dated: 9/21/99    Dated: 9|23|99

L. Wesley Howze, Jr., Esq.
Florida Bar No.: 0181300
Attorney for Defendants
6769 North Wickham Road
Suite B104
Melbourne, FL 32940
(407) 259-6611

Cristina Correia, Esq.
Florida Bar No.: 870005
Attorney for Plaintiffs
2725 Peachtree Harris Tower
233 Peachtree Street, NE
Atlanta, GA 30303-1504
(404) 523-2721